UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH JEROME MASON,
    Plaintiff,

v.                                                                              Case No. 8:22-cv-655-KKM-JSS

AL NIENHUIS, *et al.*,
    Defendants.
_____

# ORDER

This order follows the Court's review of the case file. On July 14, 2022, the Court ordered Mason to either pay the filing fee or file a fully completed "Prisoner Consent and Financial Certificate" form within thirty days. (Doc. 2). The order was mailed to the address on file for Mason but was recently returned as undeliverable. As of the date of this order, Mason has not filed a notice of change of address.

Mason must keep this Court advised of his current address to effectively process this litigation. Therefore, due to Mason's lack of prosecution in this matter, the following is **ORDERED**:

    1.    This case is **DISMISSED without prejudice**; and

2. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**ORDERED** in Tampa, Florida on July 25, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge